# No: 03-14-00665-CV

## IN THE COURT OF APPEALS FOR
## THE THIRD JUDICIAL DISTRICT OF TEXAS

**ERIC DRAKE**

*Plaintiff–Appellant*

v.

**TRAVELERS, ET AL**
*Defendant–Appellee*

FILED
February 12, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

## ON APPEAL FROM THE 200TH DISTRICT COURT
## TRAVIS COUNTY TEXAS

### TRIAL COURT NUMBER: D-1-GN-14-001215

## Motion to Exceed Word Count in Appellant Eric Drake Brief

Eric Drake
Pro-Se
Appellant
PO Box 833688
Richardson, Texas 75083
214-477-9288



RECEIVED
FEB 1 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

# APPELLANT ERIC DRAKE'S MOTION TO EXCEED WORD COUNT IN ORIGINAL BRIEF

TO HONORABLE JUSTICES OF SAID COURT:

Appellant Eric Drake respectfully requests that the Court allow him to exceed the maximum word count in his original brief.

Appellant Eric Drake finally received the recorders record from the August 19, 2014 hearing before Judge Charles Ramsay. Appellant has finished his ruff-draft of his brief and he estimates that he will go over the required maximum word count—thus, he makes this request to exceed the word count as provided by the Appellate Rules of Civil Procedure 9.4.

The Appellant's original brief should not exceed 15,000 words not counting the exclusions. But the trial court judges made so many errors and abuses of their discretions that the Appellant needs to exceed the word count to properly brief those errors made by the trial court, Judge Charles Ramsay and the events surrounding his appointment to hear Appellees Willing motion to declare Appellant as a vexatious litigant, Seanna Willing actions through her counsel of record: an assistant attorney general by the name of Scot Graydon who committed perjury, and other parties.

Therefore, Appellant requests that he be allow to exceed the maximum word count from 15,000 to 19,500 in his original brief.

**MOTION TO EXCEED WORD COUNT IN APPELLANT'S BRIEF**      **PAGE 1**

WHEREFORE, APPELLANT, ERIC DRAKE respectfully requests the Court to grant his requests to exceed the required maximum word count in his original brief pursuant to cause number: 03-14-00665-CV. And that the Court would grant Appellate to exceed the required maximum word count from 15,000 words to 19,500 words.

Respectfully submitted:

Eric Drake
PO Box 833688
Richardson, Texas 75083
214-477-9288

## CERTIFICATION OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing document has been delivered to the defendant's/appellees through their attorney of record via US Mail on this the ___11th___ day of February 2015.

Eric Drake

## CERTIFICATION OF CONFERENCE

I ERIC DRAKE, Appellant, attempted to make contact with Kristina Kastl, and on February, 9th, and twice on the 10th, 2015 to conference with her regarding this motion, however, she has failed to respond. Likewise, Appellant attempted to conference with Scot Graydon, but Mr. Graydon has refused to conference with the Appellant in the past, though Drake attempted to conference with him on February, 9th, and twice on the 10th, but he never replied to my requests to no avail. Appellant have been previously advised that David Harris is no longer an assistant attorney general. On February 11, 2015, Appellant contacted Frank Waite and he did respond; he is unopposed to the motion. Thus, I file this motion with the Court for its decision and ruling.

_____
Eric Drake



Pull To Open

**EXTREMELY URGENT**  Please Rush To Addressee

PLEASE PRESS FIRMLY

Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go to usps.com/pos

PLEA

U.S. POSTAGE
PAID

FEB 15

AMOUNT

$19.99
00015121-43

UNITED STATES POSTAL SERVICE

1007

---

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

Flat Rate
Mailing Envelope
**For Domestic and International Use**

*Visit us at usps.com*

**EMS**

When used Internationa
affix customs declaratio
(PS Form 2976, or 2976

---

EB 323615941 US



**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Mailing Label
Label 11-B, March 2004

Post Office To Addressee

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |

FEB 11 2015

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO/ZIP Code
75160

Date Accepted
2-10-15
Mo. Day Year

Time Accepted
2.19 ☐ AM ☑ PM

Flat Rate ☐ or Weight
3 lbs. ozs.

Day of Delivery
☐ Next ☐ 2nd ☐ 2nd Del Day

Postage
$ 19.99

Scheduled Date of Delivery
2-11-15
Month Day

Return Receipt Fee
$

Scheduled Time of Delivery
☐ Noon ☑ PM

COD Fee
$

Insurance Fee
$

Military
☐ 2nd Day ☐ 3rd Day

Total Postage & Fees
$ 19.99

Int'l Alpha Country Code

Acceptance Emp. Initials
FW

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ WAIVER OR SIGNATURE

NO DELIVERY
☐ Weekend ☐ Holiday

Mailer Signature

PRESS HARD. YOU ARE MAKING 3 COPIES.

FROM: (PLEASE PRINT)  PHONE (
P. O. Box 833688
Richardson, TX. 75083

TO: (PLEASE PRINT)  PHONE (
3rd Court of Appeals
Attn: Clerk of Court
209 W. 14th St.
Room 101
Austin, TX. 78701

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODE)
7 8 7 0 1 + ☐

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BE

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call **1-800-222-1811**

**EMS**



USPS packaging products h
awarded Cradle to Cradle Ce
for their ecologically-intelige
For more information go to
mbdc.com/usps

Cradle to Cradle Certified™ is a certification

Please recycle.

cycled
per

